IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GARRINGER,<br><br>Defendants. | **8:23-CR-86**<br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty Raphael M. Goldman. Filing 661. The request relates to a transcript of the defendant's sentencing hearing held on January 14, 2026. Filing 586 (Text Minute Entry). The request is granted, provided Mr. Goldman contacts Rogene Schroeder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Mr. Goldman does not contact Ms. Schroeder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Raphael M. Goldman, Filing 661, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Raphael M. Goldman at the address provided in Filing 661.

Dated this 29th day of January, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge